UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No. 25-cv-10270-SK |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.102.125.126, | Regarding Docket No. 12 |
| Defendant. | |

On May 11, 2026, Plaintiff Strike 3 Holdings, LLC filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 12.) Defendant has not filed an answer or motion for summary judgment. Accordingly, the Court DISMISSES this case WITHOUT PREJUDICE. All case deadlines and hearings, including the June 15, 2026 case management conference, are HEREBY VACATED. The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: May 11, 2026

_Sallie Kim_

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California